IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Tashian Polk**                                                                                                          **Plaintiff**
o/b/o K.J.P.

No. 4:15-CV-209-JM

**Carolyn W. Colvin, Acting Commissioner,**                                        **Defendant**
**Social Security Administration**

### ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds that no party has objected. The court ACCEPTS the recommended disposition and DENIES Tashian Polk's request for relief (docket entry # 1). The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 24th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE